# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**CHRISTINE M. BAUER,**

　　　　　　Plaintiff,

　　　　V.　　　　　　　　　　　　CASE NUMBER: **06-C-697**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

　　　　　　Defendant.

☐　　**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒　　**Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED.**

**This action is hereby DISMISSED.**

_____**August 9, 2007**_____　　　　　　_**JON W. SANFILIPPO**_____
Date　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　_ s/ Linda M. Zik_____
　　　　　　　　　　　　　　　　　　(By) Deputy Clerk